**Order entered October 18, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00778-CV

### IN RE JOE WASHINGTON, Relator

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-21382-Z**

## ORDER

Before the Court is an October 16, 2019 document styled "Notice and Demand to Vacate and Set Aside Memorandum Opinion and Challenge of Jurisdiction." Although the document purports to be filed pro se by relator, it is signed by "Rosalie Washington." An unrepresented party appearing pro se must sign any documents he or she files. *See* TEX. R. APP. P. 9.1(b). Because the "Notice and Demand" is not signed by relator, we **DENY** the relief requested without prejudice to refiling a document properly signed by relator.

/s/    ROBBIE PARTIDA-KIPNESS
         JUSTICE